**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number   2021-CA-0882

Newtek Small Business Finance, LLC as successor in
interest by merger to Newtek Small Business Finance, Inc.

- - Versus - -

Robert A. Baker and Elsa M. Baker

22nd Judicial District Court
Case #: 201610884
St. Tammany Parish

On Application for Rehearing filed on   06/07/2022 by Newtek Small Business Finance, LLC as successor in interest by merger to
Newtek Small Business Finance, Inc.

Rehearing _____ DENIED _____

_____
J. Michael McDonald

_____
Walter I. Lanier III

_____
Elizabeth   Wolfe

Date   JUN 1 6 2022 _____

_____
Rodd Naquin, Clerk